UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO POWELL,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG KOENIG, et al.,<br><br>Defendants. | Case No. 22-cv-00870-JD<br><br>**ORDER RE DISMISSAL** |

Plaintiff, a state prisoner, filed a pro se civil rights action under 42 U.S.C. § 1983. On January 20, 2023, the Court granted defendants' motion to dismiss the amended complaint without prejudice and provided plaintiff an opportunity to file a second amended complaint within twenty-eight days. The time to amend has passed, and plaintiff has not filed a second amended complaint or otherwise communicated with the Court. For the reasons stated in the motion to dismiss, the case is dismissed for failure to state a claim. The Clerk is requested to close this case.

**IT IS SO ORDERED.**

Dated: March 14, 2023

_____
JAMES DONATO
United States District Judge